IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Tammi Kempf, | ) |
|     Plaintiff, | ) |
| v. | )    Case No.    19-cv-3174-SEM-TSH |
| Illinois Department of Human Services, | ) |
|     Defendant. | ) |

**Stipulation for Dismissal**

The parties, by and through their respective counsel, stipulate as follows:

1. This matter has been fully resolved and the parties are jointly requesting that the Court enter an order dismissing the case with prejudice and with an order that the parties are responsible for their own costs.

Wherefore, the parties jointly request that this Court enter an order dismissing this case with prejudice and enter an order directing that each party shall be responsible for its own costs.

/s/ John A. Baker

John A. Baker
Attorney for Plaintiff
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
T:    (217) 522-3445
F:    (217) 522-8234
E:    jab@bbklegal.com

/s/  Lisa A. Cook   (w/ consent)

Lisa A. Cook
One of Defendants' Attorneys
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
T:	(217) 785-4555
E:	Lisa.cook@ilag.gov